No. 606, Misc. MEHOLCHICK v. RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 610, Misc. HICKOCK v. CROUSE, WARDEN; and
No. 614, Misc. SMITH v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied. *Joseph P. Jenkins* for petitioner in No. 610, Misc. Petitioner *pro se* in No. 614, Misc. *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent in both cases. Reported below: 334 F. 2d 95.

No. 611, Misc. WILLIAMS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 615, Misc. RAVENELL v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 617, Misc. SMART v. SUPERIOR COURT, SACRAMENTO COUNTY, CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 618, Misc. RINEHART v. NEW MEXICO. Supreme Court of New Mexico. Certiorari denied.

No. 620, Misc. GARY v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 630, Misc. DELL v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Charles T. Matthews* for respondent.